# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>IGNACIO REYES-YANEZ (3),<br><br>　　　　　　　　Defendant. | Case No. 16cr1283-MMA-3<br>*Related Case No. 21cv415-MMA*<br><br>**ORDER SHORTENING TIME FOR UNITED STATES TO RESPOND** |

Defendant Ignacio Reyes-Yanez, proceeding *pro se*, moves to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. *See* Doc. No. 306. The Court previously found the motion unsuitable for summary disposition and ordered the government to file a response on or before May 10, 2021. *See* Doc. No. 307. The government now seeks leave to file an untimely response. *See* Doc. No. 313. Upon due consideration and a finding of excusable neglect, the Court grants leave to do so and shortens time accordingly. The Court *sua sponte* grants Defendant an extension of time in which to file a reply brief in support of his 2255 motion; he may do so on or before **June 30, 2021**.

　　**IT IS SO ORDERED**.

DATE: June 4, 2021

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge